# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

        Plaintiff,

  v.                                       Case No. 05-C-0614

EDWARDS, *et al.*,

        Defendants.

## ORDER

Plaintiff Terrance Grissom, who is proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to the Prison Litigation Reform Act (PLRA), the plaintiff is required to pay the statutory filing fee of $250.00 for this action. *See* 28 U.S.C. § 1915(b)(1).

By order dated July 5, 2005, the plaintiff was ordered to forward to the clerk of court by July 26, 2005, the full filing fee of $250.00. To date the plaintiff has not paid the filing fee. From this failure to pay the initial filing fee this court infers that the plaintiff no longer wants to prosecute this action. Therefore, the court will dismiss this case without prejudice.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute. The clerk of court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that this dismissal will not be counted as a "strike" under 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated this 27th day of July, 2005.

<pre>
                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge
</pre>